IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHANNON WHITE,

        Plaintiff,          No. CIV S-10-0577 EFB P

    vs.

WARDEN R. HILL, et al.,

        Defendants.          <u>ORDER</u>

_____/

    Plaintiff, a prisoner without counsel, has filed a complaint alleging civil rights violations. *See* 42 U.S.C. § 1983. He has submitted an affidavit requesting leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a)(1). However, the affidavit is incomplete, as plaintiff did not respond to the questions asked therein. Furthermore, section 1915(a)(2) requires "a prisoner seeking to bring a civil action without prepayment of fees or security therefor, in addition to filing the affidavit filed under paragraph (1), shall submit a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . , obtained from the appropriate official of each prison at which the prisoner is or was confined." While the "certificate" portion of plaintiff's application appears to have been completed by a prison official, plaintiff did not submit a copy of his trust account statement as required.

Accordingly, plaintiff has 30 days from the date this order is served to submit a completed affidavit in support of his application to proceed in forma pauperis as well as the required trust account statement. Failure to comply with this order will result in a recommendation that this action be dismissed. The Clerk of the court is directed to send to plaintiff a new form Application to Proceed In Forma Pauperis by a Prisoner.

So ordered.

DATED: March 18, 2010.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE